Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendant KM Fresno Investors, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TAQUERIA Y CARNICERIA CORINAS, INC.;)<br>KM FRESNO INVESTORS, LLC., )<br>)<br>Defendants. )<br>) | **CASE NO.: 1:11-CV-00219-LJO-SMS**<br><br>**STIPULATION AND ORDER THEREON FOR EXTENSION OF TIME TO FILE RESPONSE**<br><br>**COURTROOM 4**<br>**HON. LAWRENCE J. O'NEILL**<br>**UNITED STATES DISTRICT JUDGE**<br>**MAGISTRATE JUDGE: SANDRA M. SNYDER** |

IT IS HEREBY STIPULATED by and between Natividad Gutierrez by her attorney of record, the Moore Law Firm, PC, by Tanya Levinson Moore and KM Fresno Investors, LLC by its attorney of record, Heinz & Feinberg, by Jean M. Heinz as follows:

A. KM Fresno Investors was served with the Complaint in the above-entitled matter by substituted service on or about February 26, 2011. A Response to the Complaint is due March 21, 2011.

B. KM Fresno Investors and Natividad Gutierrez have agreed to settle this matter, and a settlement agreement is currently being circulated for approval.

C. Therefore, KM Fresno Investors and Natividad Gutierrez have agreed that KM Fresno Investors will have an additional two weeks to respond to the Complaint, to

and including April 4, 2011, to allow time to finalize a settlement.

    D.    KM Fresno Investors has not previously requested an extension.

THEREFORE THE PARTIES AGREE AS FOLLOWS:

    1.    That the response to the Complaint by KM Fresno Investors be filed no later than April 4, 2011.

SO STIPULATED:

HEINZ & FEINBERG

Dated: March 21, 2011        */s/ Jean M. Heinz*
Jean M. Heinz, Attorney for KM Fresno Investors

MOORE LAW FIRM, PC

Dated: March 21, 2011        */s/ Tanya Levinson Moore*
Tanya Levinson Moore, Attorney for Debtor Natividad Gutierrez

**ORDER**

**The Scheduling Conference hearing is continued from April 20, 2011 to Wednesday, June 1, 2011 at 9:15 a.m. before Judge Snyder.**

IT IS SO ORDERED.

**Dated:   March 22, 2011**        /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE