Jean M. Heinz, CSB# 125114
**HEINZ & FEINBERG**
ATTORNEYS AT LAW
707 BROADWAY, SUITE 1800
SAN DIEGO, CALIFORNIA 92101-5311
(619) 238-5454

Attorneys for Defendant KM Fresno Investors, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TAQUERIA Y CARNICERIA CORINAS, INC.;) <br> KM FRESNO INVESTORS, LLC., ) <br> ) <br> Defendants. ) <br> ) <br> ) <br> ) <br> _____) | **CASE NO.: 1:11-CV-00219-LJO-SMS** <br> LAST CONTINUANCE - <br> **STIPULATION AND ORDER THEREON FOR SECOND EXTENSION OF TIME TO FILE RESPONSE** <br><br> **COURTROOM 4** <br> **HON. LAWRENCE J. O'NEILL** <br> **UNITED STATES DISTRICT JUDGE** <br> **MAGISTRATE JUDGE: SANDRA M. SNYDER** |

      IT IS HEREBY STIPULATED by and between Natividad Gutierrez by her attorney of record, the Moore Law Firm, PC, by Tanya Levinson Moore and KM Fresno Investors, LLC by its attorney of record, Heinz & Feinberg, by Jean M. Heinz as follows:

    A.    KM Fresno Investors was served with the Complaint in the above-entitled matter by substituted service on or about February 26, 2011. A Response to the Complaint was due March 21, 2011. By Stipulation and Order entered by this Court, a two-week extension was granted to April 4, 2011

Natividad Gutierrez v. Taquerica Y Carniceria Corinas, et al.
Case No: 1:11-CV-00219-LJO-SMS, Stipulation and Order Thereon

1

B. KM Fresno Investors and Natividad Gutierrez have agreed to settle this matter, and a settlement agreement is currently being circulated for approval. The parties have agreed on the settlement agreement, and are finalizing the actual amount of the settlement. Realistically, the parties hope to have completed the settlement by April 25, 2011.

C. Therefore, KM Fresno Investors and Natividad Gutierrez have agreed that KM Fresno Investors will have an additional three weeks from the time agreed upon to respond to the Complaint, up to and including April 25, 2011, to allow time to finalize a settlement.

D. KM Fresno Investors had previously requested an extension for two weeks.

THEREFORE THE PARTIES AGREE AS FOLLOWS:

1. That the response to the Complaint by KM Fresno Investors be filed no later than April 25, 2011.

SO STIPULATED:                           HEINZ & FEINBERG

Dated: April 8, 2011                     */s/ Jean M. Heinz*
                                         Jean M. Heinz, Attorney for KM Fresno Investors

                                         MOORE LAW FIRM, PC

Dated: April 11, 2011                    */s/ Tanya Levinson Moore*
                                         Tanya Levinson Moore, Attorney for Debtor Natividad Gutierrez

**ORDER**

**IT IS SO ORDERED**. LAST CONTINUANCE - NO FURTHER CONTINUANCE WILL BE GRANTED.

Dated:  April 8, 2011            /s/ Sandra M. Snyder
                                 UNITED STATES MAGISTRATE JUDGE

Natividad Gutierrez v. Taquerica Y Carniceria Corinas, et al.
Case No: 1:11-CV-00219-LJO-SMS, Stipulation and Order Thereon