UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>　　　　　Plaintiff,<br>　　vs.<br>TAQUERIA Y CARNICERIA CORINAS, INC, et al.,<br>　　　　　Defendants.<br>_____ / | CASE NO. CV F 11-0219 LJO MJS<br><br>**ORDER AFTER SETTLEMENT**<br>(Doc. 15.) |

　　　Plaintiff's counsel notified this Court that settlement has been reached with defendant KM Fresno Investors, LLC only. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than May 24, 2011,** to file appropriate papers to dismiss or conclude this action as to defendant KM Fresno Investors, LLC, or to show good cause why the action as to defendant KM Fresno Investors, LLC has not been dismissed or concluded.

　　　Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:   April 26, 2011**　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE