1  Tanya E. Moore, Esq. SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>TAQUERIA Y CARNICERIA CORINAS, INC., et al.,<br><br>            Defendants. | No. 1:11-CV-00219-LJO-SMS<br><br>**STIPULATION TO ENLARGE TIME FOR RESPONSIVE PLEADING FOR DEFENDANT TAQUERIA Y CARNICERIA CORINAS, INC. (Local Rule 144); ORDER** |

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") filed his Complaint in this action on February 8, 2011;

WHEREAS, Defendant Taqueria Y Carniceria Corinas, Inc. ("Defendant") was served on February 25, 2011 and the initial due date for a responsive pleading was March 18, 2011;

WHEREAS, Plaintiff and Defendant entered into a stipulation filed March 15, 2011 extending Defendant's time to file a responsive pleading to April 1, 2011;

WHEREAS, Plaintiff and Defendant are exploring settlement, and wish to further extend the time a responsive pleading would be due to April 18, 2011, over twenty-eight days from the initial date a responsive pleading was due thereby requiring approval of the Court under Local Rule 144;

/

Page 1

1    WHEREAS, continuing the date for a responsive pleading to April 18, 2011 will not
2 interfere with any dates already set by the Court, namely the scheduling conference which is set
3 for June 1, 2011.

4    NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and
5 Defendant, by and through their respective counsel, that Defendant shall have to and including
6 April 18, 2011 within which to file its responsive pleading in this matter.

7 Date: April 26, 2011                          MOORE LAW FIRM, P.C.

9                                               /s/ Tanya E. Moore
                                                Tanya E. Moore
10                                              Attorneys for Plaintiff,
                                                Natividad Gutierrez

12 Dated: March 28, 2011                        LAW OFFICES OF G. BRYAN PINION

14                                              /s/ G. Bryan Pinion
                                                G. Bryan Pinion, Attorneys for
15                                              Defendant Taqueria Y Carniceria
                                                Corinas, Inc.

### ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to Local Rule 144, Defendant Taqueria Y Carniceria Corinas, Inc. shall have to and including April 18, 2011 within which to file its responsive pleading.

IT IS SO ORDERED.

   Dated:   **April 26, 2011**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE