Tanya E. Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>TAQUERIA Y CARNICERIA CORINAS, INC., et al.,<br><br>            Defendants. | No. 1:11-CV-00219-LJO-SMS<br>LAST CONTINUANCE -<br>**STIPULATION TO ENLARGE TIME FOR RESPONSIVE PLEADING FOR DEFENDANT TAQUERIA Y CARNICERIA CORINAS, INC. (Local Rule 144); ORDER and CONTINUANCE OF SCHEDULING CONFERENCE** |

WHEREAS, Plaintiff Natividad Gutierrez ("Plaintiff") filed his Complaint in this action on February 8, 2011;

WHEREAS, Defendant Taqueria Y Carniceria Corinas, Inc. ("Defendant") was served on February 25, 2011 and the initial due date for a responsive pleading was March 18, 2011;

WHEREAS, Plaintiff and Defendant entered into a stipulation whereby Defendant's responsive pleading was due April 18, 2011;

WHEREAS, Defendant has, since entering into the last stipulation, obtained a report of a certified access specialist and provided the same to Plaintiff and significant settlement discussions have taken place;

WHEREAS, Plaintiff and Defendant are close to settlement, and believe that a settlement can be reached in the near future;

WHEREAS, the Parties wish to continue the date Defendant's responsive pleading is due to June 1, 2011, over twenty-eight from the initial date a responsive pleading was due thereby requiring approval of the Court under Local Rule 144;

WHEREAS, continuing the date for a responsive pleading to April 18, 2011 will not interfere with any dates already set by the Court, namely the scheduling conference which is set for June 14, 2011.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendant, by and through their respective counsel, that Defendant shall have to and including June 1, 2011 within which to file its responsive pleading in this matter.

| | |
|---|---|
| Date: April 27, 2011 | MOORE LAW FIRM, P.C. |
| | /s/ Tanya E. Moore |
| | Tanya E. Moore |
| | Attorneys for Plaintiff, |
| | Natividad Gutierrez |
| Dated: April 26, 2011 | LAW OFFICES OF G. BRYAN PINION |
| | /s/ G. Bryan Pinion |
| | G. Bryan Pinion, Attorneys for |
| | Defendant Taqueria Y Carniceria |
| | Corinas, Inc. |

**ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that pursuant to Local Rule 144, Defendant Taqueria Y Carniceria Corinas, Inc. shall have to and including June 1, 2011 within which to file its responsive pleading.

**IT IS SO ORDERED**.  LAST Continuance – No further continuance will be granted.

IT IS FURTHER ORDERED that the Scheduling Conference hearing is continued from June 14, 2011 to June 28, 2011 at 9:15 a.m. before Judge Snyder in Courtroom #7.

Dated:   April 27, 2011                    /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE

*Natividad Gutierrez v. Taqueria Y Carniceria Corinas, Inc., et al.*
Stipulation to Extend Time for Responsive Pleading
Page 2