1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4

5 Attorneys for Plaintiff
Natividad Gutierrez
6

7

8
**UNITED STATES DISTRICT COURT**
9
**EASTERN DISTRICT OF CALIFORNIA**
10

11 NATIVIDAD GUTIERREZ,            ) No. 1:11-CV-00219-LJO-SMS
                                  )
12       Plaintiff,                ) **NOTICE OF VOLUNTARY DISMISSAL**
                                  ) **OF KM FRESNO INVESTORS, LLC.**
13    vs.                          ) **ONLY; ORDER**
                                  )
14 TAQUERIA Y CARNICERIA CORINAS,  )
   INC.; KM FRESNO INVESTORS, LLC, )
15                                 )
                                  )
16       Defendants.               )
                                  )
17 _____  )

18     WHEREAS, no defendant has filed an answer or a motion for summary judgment;

19     WHEREAS, plaintiff Natividad Gutierrez ("Plaintiff) and defendant KM Fresno
20 Investors, LLC have settled the matter as between themselves;

21     WHEREAS, no counterclaim has been filed in this action;

22     Plaintiff hereby respectfully requests that defendant KM Fresno Investors, LLC <u>only</u> be
23 dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

24  Date: May 9, 2011                     MOORE LAW FIRM, P.C.

25

26
                                         /s/ Tanya E. Moore
27                                       Tanya E. Moore
                                         Attorneys for Plaintiff Natividad Gutierrez
28


*Gutierrez v. Taqueria & Carniceria Corinas, Inc., et al.*
Request for Dismissal; Order
Page 1

# ORDER

Good cause appearing,

IT IS HEREBY ORDERED that <u>only</u> defendant KM Fresno Investors, LLC be dismissed with prejudice from this action.  The clerk is directed NOT to close the action.

IT IS SO ORDERED.

Dated:   **May 9, 2011**                              /s/ Lawrence J. O'Neill
                                                           UNITED STATES DISTRICT JUDGE