1  K. Randolph Moore, SBN 106933
2  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
3  332 North Second Street
   San Jose, California  95112
4  Telephone: (408) 298-2000
   Facsimile:  (408) 298-6046

5  Attorneys for Plaintiff
   Natividad Gutierrez

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ, | No: 1:11-CV-00219-LJO-SMS |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION: ORDER THEREON** |
| vs. | |
| TAQUERIA Y CARNICERIA CORINAS INC., et al., | |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez ("Plaintiff") and Defendant Taqueria Y Carniceria Corinas, Inc. ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant be dismissed with prejudice from this action.

   IT IS FURTHER STIPULATED between Plaintiff and Defendant that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendant request the Court to retain jurisdiction to enforce the terms

/
/
/
/

*Gutierrez v. Taqueria Y Carniceria Corinas, Inc.*
Stipulation for Dismissal; [Proposed] Order

Page 1

of their settlement agreement under the authority of *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375, 381-82 (1994).

Date: July 6, 2011                                     MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorney for Plaintiff Natividad Gutierrez

Date: July 6, 2011                                     /s/ G. Bryan Pinion
G. Bryan Pinion
Attorney for Defendant Taqueria Y
Carniceria Corinas, Inc.

**ORDER**

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1.   Plaintiff Natividad Gutierrez and Defendant Taqueria Y Carniceria Corinas, Inc. shall comply with the terms of the confidential Settlement Agreement and Release in Full, the terms of which are incorporated herein by reference.

2.   By consent of Plaintiff Natividad Gutierrez and Defendant Taqueria Y Carniceria Corinas, Inc., the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3.   Except as provided for in paragraphs 1 and 2 above, Taqueria Y Carniceria Corinas, Inc.is dismissed with prejudice from this action,

**IT IS SO ORDERED.  IT IS FURTHER ORDERED** that the Clerk close this action administratively.

Dated:  7/6/2011                        /s/ LAWRENCE J. O'NEILL
United States District Court Judge

*Gutierrez v. Taqueria Y Carniceria Corinas, Inc.*
Stipulation for Dismissal; [Proposed] Order